Brad R. Kohler II, Esq.
Nevada Bar No.: 7408
Brooke A. Bohlke, Esq.
Nevada Bar No.: 9374
Lora A. Stanley, Esq.
Nevada Bar No.: 10448
THARPE & HOWELL, LLP
6897 West Charleston Boulevard
Las Vegas, Nevada 89117
(702) 562–3301
Fax: (702) 562–3305
bkohler@tharpe-howell.com
bbohlke@tharpe-howell.com
lstanley@tharpe-howell.com

Attorneys for Defendants,
*Robert Sorensen and L&N Transport, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VENUS M. BOBADILLA, individually and as Guardian ad Litem of ZAVANNAH BOBADILLA, a minor, and FLOREMLISA N. MONTANO,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT W. SORENSEN; L&N TRANSPORT, INC.; DOES 1 through 5, and ROE BUSINESS ENTITIES 1 through 5, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-1233-JAD-CWH<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(First Request)** |

26238

IT IS HEREBY STIPULATED by and between Plaintiffs, VENUS M. BOBADILLA, individually and as Guardian ad Litem of ZAVANNAH BOBADILLA, a minor, and FLOREMLISA N. MONTANO, and Defendants, ROBERT W. SORENSEN and L&N TRANSORT, Inc., by and through their respective counsel of record, pursuant to EDCR 2.35 that due to a typographical error in the Stipulation and Order to Extend Discovery Deadlines (First Request) [12], the date for the Rebuttal Expert Designations should be amended as follows **(amended information appears in bold)**:

1. Summary of Discovery Completed

All parties have provided initial witness lists and documents pursuant to N.R.C.P. 16.1 as well as supplements thereto. Defendants have served written discovery requests to all Plaintiffs, all of whom have served responses thereto. Depositions of eyewitness, Michael Penosa, and Plaintiff, Venus Bobadilla, individually and as Guardian ad Litem for Zavannah Bobadilla, have been taken.

2. Discovery Remaining

Depositions of Plaintiff, Floremliza N. Montano, Plaintiffs' treating physicians and the parties' expert witnesses (once they are disclosed) need to be taken.

3. Reason Why Discovery Was Not Completed

At the time of the filing of this Stipulation, no discovery deadlines have passed. However, the parties have scheduled a mediation with Honorable Gene Porter [Retired] for January 5, 2015 and wish to extend discovery deadlines by 60 days to allow time for settlement negotiations to take place. The 60-day extension will allow the parties to avoid incurring the additional expense of expert witnesses designations prior to the mediation in the event that settlement is reached. Additionally, the parties believe that expert expenses will render settlement at the January 5, 2015 mediation more difficult to reach.

4. A Proposed Schedule for Completing Discovery

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Discovery cutoff | February 24, 2015 | April 24, 2015 |
| Motions to amend pleadings and add parties | November 6, 2014 | January 6, 2015 |
| Expert Designations | December 26, 2014 | February 26, 2015 |
| **Rebuttal expert designations** | January 26, 2015 | **March 30, 2015** |
| Interim status report | December 26, 2014 | February 26, 2015 |

| Dispositive motions | March 26, 2015 | May 26, 2015 |

Dated this 2nd day of December, 2014.          Dated this 2nd day of December, 2014.

BENSON & BINGHAM                               THARPE & HOWELL, LLP

 */s/ Israel P. Whitbeck*                       */s/ Lora A. Stanley*
Joseph L. Benson, II, Esq.                     Brad R. Kohler II, Esq.
Nevada Bar No.: 7267                           Nevada Bar No.: 7408
Israel P. Whitbeck, Esq.                       Brooke A. Bohlke, Esq.
Nevada Bar No.: 12519                          Nevada Bar No.: 9374
11441 Allerton Park, Dr., Suite 100            Lora A. Stanley, Esq.
Las Vegas, Nevada 89135                        Nevada Bar No.: 10448
*Attorneys for Plaintiffs*                     6897 West Charleston Boulevard
                                               Las Vegas, Nevada 89117
                                               *Attorneys for Defendants*

### ORDER

Based upon the foregoing Stipulation of the parties hereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that the discovery deadlines in the above entitled matter shall be Amended with respect to the Rebuttal Expert extended as set forth above.

IT IS SO ORDERED.

DATED this 12th day of December, 2014.

_____
United States Magistrate Judge

-3-