DAVID BARRON, ESQ.
Nevada Bar No. 142
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: DWrenn@lvnvlaw.com
*Attorneys for Defendants*
*Robert W. Sorensen and*
*L&N Transport, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| VENUS M. BOBADILLA, individually and as Guardian ad Litem of ZAVANNAH BOBADILLA, a minor, and FLOREMLIZA N. MONTANO,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT W. SORENSEN; L&N TRANSPORT, INC.; DOES 1 through 5, and ROE BUSINESS ENTITIES 1 through 5, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01233-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto, through their respective counsel of record, that all claims and causes of action herein shall be dismissed, with prejudice, each party to bear its own fees and costs.

Dated this 2nd day of July, 2015.                    Dated this 2nd day of July, 2015.

BARRON & PRUITT, LLP                                    BENSON & BINGHAM

*/s/ Dione C. Wrenn*                                          */s/ Joseph L. Benson, II*
DAVID L. BARRON, ESQ.                                  JOSEPH L. BENSON, II, ESQ.
Nevada Bar No. 142                                            Nevada Bar No. 7267
DIONE C. WRENN, ESQ.                                   ISRAEL P. WHITBECK, ESQ.
Nevada Bar No. 13285                                        Nevada Bar No. 12519
3890 West Ann Road                                          11441 Allerton Park, Dr., Suite 100
North Las Vegas, Nevada 89031                        Las Vegas, Nevada 89135
*Attorneys for Defendants*                                 *Attorneys for Plaintiffs*

1

644.01

## ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the foregoing stipulation by the parties and good cause appearing therefor, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the above-entitled action be, and the same hereby is, dismissed with prejudice, each party to bear its own fees and costs.

The Clerk of Court is instructed to close this case.

Dated:  July 8, 2015.

_____
UNITED STATES DISTRICT JUDGE

2